1          CHIEF JUDGE LASNIK

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
8                            AT SEATTLE

9

UNITED STATES OF AMERICA,          )     NO.  CR05-190RSL
10                                       )
                 Plaintiff,        )
11                                       )     ORDER CONTINUING PRETRIAL
          vs.                      )     MOTIONS FILING DEADLINE AND
12                                       )     TRIAL DATE
SOMSY PHANOUVONG,                  )
13                                       )
                 Defendant.        )
14   _____     )

15          The Court has considered the agreed motion of the parties requesting an extension

16   of time to file pretrial motions, and trial.  The Court finds as facts the facts stipulated to

17   by counsel in that document, including the following:

18          1.     That counsel for the defendant requires additional time in which to

19   investigate the charges currently pending against the defendant in this matter, and to

20   consult with her client, who is currently unavailable due to a contagious disease.

21   Without an extension of speedy trial time, the defense would be denied reasonable time

22   necessary for effective preparation.

23          2.     The parties agree that it is appropriate for this Court to enter an order

24   extending the speedy trial time under 18 U.S.C. § 3161(b) until September 26, 2005, and

25   that the ends of justice served by granting the requested extension of time outweigh the

26   best interests of the public and the defendant in a speedy trial.

ORDER CONTINUING PRETRIAL MOTIONS
FILING DEADLINE AND TRIAL DATE (proposed)  - 1
(Somsy Phanouvong; CR05-190RLS)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1       4.      The Court therefore finds good cause for an extension of the speedy trial

2  time under 18 U.S.C. § 3161(b).

3       THEREFORE, it is hereby ORDERED that the trial is continued to September

4  26, 2005, and the deadline for filing motions to August 19, 2005.

5       It is further ORDERED that the period of delay from July 18, 2005, until

6  September 26, 2005, is excludable time pursuant to 18 U.S.C. § 3161(h).

7       DATED this 23rd day of June, 2005.

8

9

10                     Robert S. Lasnik
                        United States District Judge

11  Presented by:

12

13  s/Carol Koller
    WSBA No. 19685
14  Attorney for Somsy Phanouvong
    Federal Public Defender
15  1601 Fifth Avenue, Suite 700
    Seattle WA 98101
16  206/553-1100 voice
    206/553-0120 facsimile
17  carol_koller@fd.org

18

19  s/Janet Freeman
    Assistant United States Attorney
20  700 Stewart St., Suite 5220
    Seattle, WA  98101-1271
21

22

23

24

25

26

ORDER CONTINUING PRETRIAL MOTIONS
FILING DEADLINE AND TRIAL DATE (proposed) - 2
(Somsy Phanouvong; CR05-190RLS)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100