CHIEF JUDGE LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>SOMSY PHANOUVONG,<br><br>        Defendant. | NO. CR05-190RSL<br><br>ORDER CONTINUING TRIAL DATE |

The Court has considered the agreed motion of the parties requesting an extension of the trial date. The Court finds as facts the facts stipulated to by counsel in that document, including the following:

1. That counsel for the defendant requires additional time in which to receive discovery, investigate the charges currently pending against the defendant in this matter, and to consult with her client. Without an extension of speedy trial time, the defense would be denied reasonable time necessary for effective preparation.

2. That counsel for the government is unavailable for trial on September 26, 2005 due to an argument in the Ninth Circuit Court of Appeals which was scheduled after this trial was set for September 26, 2005. Without an extension of the speedy trial time, the government would be denied continuity of counsel.

ORDER CONTINUING TRIAL DATE (proposed) - 1
(Somsy Phanouvong; CR05-190RLS)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

3. The parties agree that it is appropriate for this Court to enter an order extending the speedy trial time under 18 U.S.C. § 3161(b) until October 31, 2005, and that the ends of justice served by granting the requested extension of time outweigh the best interests of the public and the defendant in a speedy trial.

4. The Court therefore finds good cause for an extension of the speedy trial time under 18 U.S.C. § 3161(b).

THEREFORE, it is hereby ORDERED that the trial is continued to October 31, 2005.

5. Defendant must file a Speedy Trial Waiver by September 23, 2005.

It is further ORDERED that the period of delay from September 26, 2005, until October 31, 2005, is excludable time pursuant to 18 U.S.C. § 3161(h).

DATED this 9th day of September, 2005.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

Presented by:

s/Carol Koller
WSBA No. 19685
Attorney for Somsy Phanouvong
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile
carol_koller@fd.org


s/Janet Freeman
Assistant United States Attorney
700 Stewart St., Suite 5220
Seattle, WA 98101-1271

ORDER CONTINUING TRIAL DATE (proposed) - 2
(Somsy Phanouvong; CR05-190RLS)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100